No. 03–9929.  WILSON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–9930.  HINOJOSA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9937.  DAWSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9945.  MCGRAW v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–9946.  WILLIAMS, AKA STRONG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9947.  ROHLSEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9954.  GRACIA-GRACIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9961.  FOSTER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–9968.  DORVAL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–860.  MUNDY ET AL. v. RHEAD.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 03–1079.  CARUSO, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS v. ABELA.  C. A. 6th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 03–1353.  ORR v. WAL-MART STORES, INC.  C. A. 8th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1392.  STRIPLING v. HEAD, WARDEN.  Sup. Ct. Ga.  Motion of The ARC of the United States et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 03–929.  RAPANOS v. UNITED STATES, *ante*, p. 972;

No. 03–1084. ROLE *v.* ATCO PRODUCTS, INC., *ante,* p. 973;

No. 03–1141. GISSLEN *v.* CITY OF CRYSTAL, MINNESOTA, ET AL., *ante,* p. 960;

No. 03–1219. IN RE VEY, *ante,* p. 958;

No. 03–7607. RUSSELL *v.* GARRARD ET AL., 540 U. S. 1164;

No. 03–7864. HENSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY, 540 U. S. 1155;

No. 03–7949. HOGAN *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 975;

No. 03–8292. IN RE COLE, *ante,* p. 934;

No. 03–8502. JONES *v.* BIRKETT, WARDEN, *ante,* p. 946;

No. 03–8676. WILLIAMS *v.* FLORIDA, *ante,* p. 949;

No. 03–8833. PALLADINO *v.* PERLMAN, SUPERINTENDENT, MOHAWK CORRECTIONAL FACILITY, *ante,* p. 964;

No. 03–8885. WILLIAMS *v.* AVIALL SERVICES, INC., *ante,* p. 964;

No. 03–9030. HAYES *v.* GEMMA POWER SYSTEM, LLC, ET AL., *ante,* p. 979; and

No. 03–9136. CAMPA-FABELA *v.* UNITED STATES, *ante,* p. 967. Petitions for rehearing denied.

JUNE 1, 2004

No. 03–9564. FLYNN *v.* MURPHY. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M76. HUGHES ET VIR *v.* PRICE CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 105, Orig. KANSAS *v.* COLORADO. Motion of Kansas for leave to file a surreply granted. Exceptions to the Report of the Special Master are set for oral argument in due course.

No. 03–10116. IN RE HOOKER;

No. 03–10118. IN RE HESS;

No. 03–10142. IN RE LYON;

No. 03–10153. IN RE WEST;

No. 03–10196. IN RE HOLLOWAY; and